UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ESTATE OF MICHELLE KELLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:24-cv-00140-SEB-KMB |
| | ) |
| CAESARS ENTERTAINMENT, INC, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

The Court hereby enters FINAL JUDGMENT. The action is dismissed without prejudice for lack of jurisdiction.

Date: 8/13/2025

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Deborah A. Kapitan
KOPKA PINKUS DOLIN PC (Crown Point)
dakapitan@kopkalaw.com

Camry Kelsey
Murphy and Associates PLC
ckelsey@louisvillefirm.com

James H. Milstone
Kopka Pinkus Dolin, P.C.
jhmilstone@kopkalaw.com

Gregory Dean Simms
Greg Simms Law Office, PLLC
greg@gregsimmslaw.com

Justin Gregory Wyss
Kopka Pinkus Dolin, P.C.
jgwyss@kopkalaw.com